IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GRACE OLIVER | No. 07-CR-10016-MLW |

## MOTION TO WITHDRAW

Undersigned court-appointed counsel hereby moves to withdraw from the above-captioned action. Defendant has retained private counsel.

                                                Respectfully submitted,

                                                /s/ William W. Fick
                                                William W. Fick, Esq.
                                                BBO# 650562
                                                FEDERAL DEFENDER OFFICE
                                                408 Atlantic Ave., 3d Floor
                                                Boston, MA 02110
                                                617-223-8061
                                                WILLIAM_FICK@FD.ORG

Dated: January 22, 2007

## Certificate of Service

    I, William W. Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 22, 2007.

                                                /s/ William W. Fick