UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>)<br>GRACE OLIVER,                            )<br>)<br>Defendant.              )<br>) | CRIMINAL NO. 07-10016-MLW |

JOINT MOTION TO EXCLUDE TIME

The parties jointly move that the Court exclude the time from the end of the 28-day period to the date of the Initial Status Conference, namely from **February 15, 2007 to March 9, 2007**. In support of this request, the parties state that under 18 U.S.C. § 3161(h)(8)(A), the exclusion of this period would serve the ends of justice because allowing time for the defendant to review the discovery material and to assess the merits of his case, including whether any motions ought to be filed, outweigh the defendant's and the public's interest in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Jonathan F. Mitchell
        Jonathan F. Mitchell
        Assistant U.S. Attorney

/s/ Paul W. Patten
Paul W. Patten
Counsel for Grace Oliver
56 North Main Street
Fall River, MA 02720

Dated: March 8, 2007